RECEIVED
MAY 22 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PRISON LEGAL NEWS, ET AL    CIVIL DOCKET NUMBER #12-125

VERSUS    JUDGE HAIK

SID J. GEATREAUX, ET AL    MAGISTRATE JUDGE HILL

## JUDGMENT OF DISMISSAL

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS ORDERED that this action is hereby DISMISSED without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if settlement is not consummated and to seek summary judgment enforcing the compromise.

THUS DONE AND SIGNED at Lafayette, Louisiana, on this 21st day of May, 2012.

RICHARD T. HAIK, SR.
DISTRICT JUDGE
UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA